UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. MJ21-018 |
| Plaintiff, | ) | |
| v. | ) | DETENTION ORDER |
| TRUNG Q. PHAN, | ) | |
| Defendant. | ) | |

Offense Charged in Complaint

Willful failure to Report as Directed to Serve Sentence.

Detention Hearing:

Defendant made his initial appearance on the complaint on January 22, 2021. Counsel for the United States and defense counsel stipulated to the entry of a detention order. Based upon the factual findings and statement of reasons for detention hereafter set forth, the court finds that no condition or combination of conditions which defendant can meet will reasonably assure the future appearances of defendant as required.

DETENTION ORDER
PAGE -1

## FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

The Complaint, and the Petition for Revocation of defendant's previous bond, allege the following facts. Defendant has not, thus far, contested any of these facts.

(1) Defendant was convicted of conspiracy to distribute controlled substances, and sentenced in this court on May 9, 2017. He remained on his previous bond, and was given a self-surrender date. At defendant's request, the court extended that date, and changed the place of self-surrender.

(2) Defendant failed to surrender on that date, or at any time since.

(3) He has been at large for over three years since that date.

(4) Defendant and his counsel stipulated to the entry of a Detention Order.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 22nd day of January, 2021.

*John L. Weinberg*
John L. Weinberg
United States Magistrate Judge

DETENTION ORDER
PAGE -3