The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>TRUNG Q. PHAN,<br><br>    Defendant. | NO. CR21-028RSM<br><br>ORDER TO SEAL |

Having read the Government's Motion to Seal and because of the sensitive information contained in the Memorandum,

It is hereby ORDERED that the United States' Memorandum, shall remain sealed.

DATED this 22nd day of July, 2021.

              _____
              RICARDO S. MARTINEZ
              CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

*s/ Vincent T. Lombardi*
VINCENT T. LOMBARDI
Assistant United States Attorney

Order to Seal - 1
*United States v. Phan*, CR21-028RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970